CAROL W. WU
25A CRESCENT DRIVE, SUITE 413
PLEASANT HILL, CA 94523
(408) 404-7039
Trustee in Bankruptcy

FILED

MAR 23 2011


UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - San Jose

In re:

WHALEN, JEFFREY BOYD

Debtor(s)

Case No. **00-51492**

Chapter 7

NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $3,385.32. The name(s) and address(es) of the claimants entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 00002 | First Premier Bank<br>900 W. Delaware<br>Sioux Falls, SD 57104 | 229.04 | 118.35 |
| 00004 | Pacific Coast Truck<br>934 Black Diamond Way<br>Lodi, CA 95240 | 2,565.83 | 1,325.77 |
| 00015 | TIC Enterprises<br>245 Hembree Park Drive #124<br>Roswell, GA 30076 | 225.29 | 116.41 |
| 00016 | Global Rated Eligible Asset Trust<br>c/o NCO Financial Systems<br>P.O. Box 7400<br>Philadelphia, PA 19101 | 2,665.63 | 1,377.33 |
| 00024 | GN Renn Inc.<br>c/o Douglas R. Corten<br>181 Devine Street<br>San Jose, CA 9511 | 866.00 | 447.46 |
| | Total Unclaimed Dividends: | | $3,385.32 |

Dated: March 22, 2011

_____
CAROL W. WU, TRUSTEE